UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL WILLIAMS,

    Petitioner,

v.                    CASE NO. 6:05-cv-1568-Orl-31DAB

FL ATTORNEY GENERALs, et al.,

    Respondent.

### ORDER OF TRANSFER

After examination of the Petition, it appears that this action should have been filed in the United States District Court, Middle District of Florida, Ocala Division. This is a habeas corpus action by a federal prisoner incarcerated at the Federal Correctional Institution in Coleman, Florida. Local Rule 1.02 (c) provides that "[a]ll civil proceedings of any kind shall be instituted in that Division encompassing the county . . . having the greatest nexus with the cause . . . ." Since Petitioner is incarcerated in Coleman, Florida, this matter should be transferred to the Ocala Division.

It is **ORDERED AND ADJUDGED**:

That this case shall be **transferred** to the United States District Court, Middle District of Florida, Ocala Division.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 19th day of October, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 10/19
Paul Williams

Dockets.Justia.com